UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America          :
                                  :
                                  :    25 MJ 3887 (   )
                                  :
    -against-                     :    **ORDER**
                                  :
                                  :
Alexander Torres Martinez         :
                                  :
              Defendant           :
------------------------------------x


        **ORDERED**, that the defendant is hereby remanded to the

custody of the United States Marshal.



Dated:   New York, New York



                                    _____
                                    Stewart D. Aaron, U.S.M.J.
                                    Dated: 4/7/2026