USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/21/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

ALEXANDER TORRES MARTINEZ,

Defendant.

**26-cr-0127 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Sentencing in this matter is scheduled for August 7, 2026, at 10 am. Accordingly, Defendant's request for sentencing to be scheduled on or near July 14, 2026, (Dkt. No. 22) is **DENIED.**

**SO ORDERED.**

Dated:    21 April 2026
          New York, New York

Victor Marrero
U.S.D.J.